IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BOARD OF TRUSTEES, SHEET METAL )
WORKERS' NATIONAL PENSION )
FUND, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 1:10-cv-1395
)
ANY CUSTOM SHEET METAL, INC. )
)
Defendant. )
)

## ORDER

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Thomas Rawles Jones dated March 17, 2011 (Dkt. No. 15) recommending entry of default judgment against Defendant Any Custom Sheet Metal, Inc. The Defendant has not filed any objections to the Report and Recommendation as of the 14 day deadline for objections. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that judgment is entered in favor of the Board of Trustees, Sheet Metal Workers' National Pension Fund; Board of Trustees, International Training Institute for the Sheet Metal and Air Conditioning Industry; Board of Trustees, Sheet Metal Occupational Health Institute Trust Fund; Board of Trustees, Sheet Metal Workers' International Association Scholarship Fund, and Board of Trustees, National Energy Management Institute Committee, against Defendant Any Custom Sheet Metal, Inc., in the amount of $9,290.33, which is inclusive of damages, reasonable attorneys' fees, interest and costs incurred to date.

The defendant is enjoined to (1) submit the requisite remittance reports and contributions owed pursuant to any collective bargaining agreement under which defendant is required to make contributions; (2) permit plaintiffs to conduct an audit of defendant's wage, payroll, and personnel records for periods during which defendant was required to make contributions; and (3) pay any additional amounts found owing pursuant to the audit.

It is further ORDERED that the Clerk of Court is directed to enter default judgment against Defendant.

April 5, 2011
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge